

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00146-CR

VISHON ONEAL COBBINS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. CR 17,594

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Vishon Oneal Cobbins, appellant, has filed with this Court a motion to dismiss his appeal. The motion was signed by both Cobbins and his counsel in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 12, 2013
Date Decided:       March 13, 2013

Do Not Publish

2